No. 73–1908.   Cort et al. v. Ash.   C. A. 3d Cir. [Certiorari granted, 419 U. S. 992.]   Motion of Common Cause for reconsideration of motion for leave to file a brief as *amicus curiae* denied.

No. 74–22.   Ivan Allen Co. v. United States.   C. A. 5th Cir.   [Certiorari granted, 419 U. S. 1067.]   Motion of American Trading & Production Corp. for leave to file a brief as *amicus curiae* granted.

No. 74–363.   United States v. Reliable Transfer Co., Inc.   C. A. 2d Cir.   [Certiorari granted, 419 U. S. 1018.]   Motion of the Solicitor General to permit John P. Rupp, Esquire, to present oral argument *pro hac vice* on behalf of the United States granted.

No. 74–878.   National League of Cities et al. v. Brennan, Secretary of Labor; and
No. 74–879.   California v. Brennan, Secretary of Labor.   Appeals from D. C. D. C.   [Probable jurisdiction noted, *ante,* p. 906.]   Motion of appellants for additional time for oral argument granted and 30 additional minutes allotted for that purpose.   Appellee allotted 30 additional minutes for oral argument.

No. 74–1170.   Austin et al. v. United States et al.   C. A. 2d Cir.   Motion of petitioners for leave to proceed *in forma pauperis* denied.

No. 74–6035.   Albritton v. Davis, Corrections Director; and
No. 74–6039.   Foster v. Jones, Turney Center Superintendent.   Motions for leave to file petitions for writs of habeas corpus denied.